UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CHITTICK,

    Plaintiff,

v.

Case No. 24-cv-10715
Hon. Matthew F. Leitman

TOWNSHIP OF WATERFORD,

    Defendant.
_____/

## ORDER CONCERNING ANSWER, DISCOVERY, AND MOTION FOR SUMMARY JUDGMENT

On July 25, 2025, the Court held an on-the-record status conference. For the reasons explained on the record during the conference, **IT IS HEREBY ORDERED** as follows:

1.    Defendant Waterford Township may file a motion for summary judgment addressing solely its limitations defense **by not later than August 8, 2025**. Plaintiff Richard Chittick shall respond **by not later than August 29, 2025**. Waterford Township may reply **by not later than September 12, 2025**.

2.    Waterford Township shall file an Answer to the Complaint **by not later than August 15, 2025**.

3.    The parties may immediately commence written discovery.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2025

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126