UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CHITTICK,

    Plaintiff,

                                              Case No. 24-cv-10715

v.                                    Hon. Matthew F. Leitman

TOWNSHIP OF WATERFORD,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 36)

On February 23, 2026, the Court held a hearing on Defendant Township of Waterford's Motion for Summary Judgment (ECF No. 36). For the reasons stated on the record, the motion is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1